# IN THE UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| McGrath Technical Staffing, Inc. | Case No. 20-13241 (MDC) |
| Debtor. | |

## ORDER

AND NOW, this __21st__ day of January 2021, upon consideration of Debtor's Motion to Dismiss this Chapter 11 case (the "Motion"); and it appearing that good cause exists for granting the relief requested in the Motion; it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

**ORDERED** that the Motion is Granted and the above referenced case is hereby Dismissed.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge